IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOHLER ENGINEERING PA, LLC ) <br> and BOHLER ENGINEERING, P.C., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GEORGE CRESSMAN, ) <br> MAXIMILIANO BUSTOS, and ) <br> KIMLEY-HORN AND ) <br> ASSOCIATES, INC., ) <br> ) <br> Defendants. ) | Civ. Action No. 2:18-cv-03202-JHS |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Bohler Engineering PA, LLC and Bohler Engineering, P.C., and Defendants, George Cressman, Maximiliano Bustos, and Kimley-Horn and Associates, Inc. (collectively, the "Parties"), hereby jointly stipulate to the dismissal with prejudice of all claims and counterclaims that were asserted or could have been asserted in the above-captioned action that arise out of or relate to the transactions or occurrences at issue in the above-captioned litigation. Each Party shall bear their own fees and costs with respect to this action.

Respectfully submitted, this the 1st day of April, 2019.

| | |
|---|---|
| s/ Anthony DeMichele <br> Anthony DeMichele, Esq. <br> O'BRIEN & RYAN, LLP <br> 2250 Hickory Rd, Suite 300 <br> Plymouth Meeting, PA 19462 <br> Telephone: (610) 834-6235 <br> Facsimile: (610) 834-1749 <br> Email: ademichele@obrlaw.com <br> ***Counsel for Plaintiffs*** | s/ Michael LiPuma <br> Michael LiPuma, Esq. <br> LAW OFFICE OF MICHAEL LIPUMA <br> 325 Chestnut Street, #1109 <br> Philadelphia, PA 19106 <br> Telephone: (215) 922-2126 <br> Facsimile: (215) 922-2128 <br> Email: mlipuma@lipumalaw.com <br> ***Counsel for Kimley-Horn and Associates, Inc.*** |

<u>s/ J. Kellam Warren</u>  
J. Kellam Warren, Esq.  
(Pro Hac Vice)  
MAINSAIL LAWYERS  
14 South Pack Square, Ste. 502  
Asheville, NC 28801  
Telephone: (919) 238-4088  
Facsimile: (888) 501-9309  
Email: kellam@mainsaillawyers.com  
***Counsel for Plaintiffs***

<u>s/ Kate A. Kleba</u>  
Kate A. Kleba, Esq.  
POST & SCHELL, P.C.  
Four Penn Center  
1600 John F. Kennedy Blvd.  
Philadelphia, PA 19103  
Telephone: (215) 587-1113  
Facsimile: (215) 320-4174  
Email: kkleba@PostSchell.com  
***Counsel for George Cressman***

<u>s/ Brendan D. Hennessy</u>  
Brendan D. Hennessy, Esq.  
Hennessy Law Firm  
101 Lindenwood Drive, Suite 225  
Malvern, PA 19355  
Telephone: 484-875-3111  
Facsimile: 1-484-713-5185  
Email:  bhennessy@hennessylawfirm.com  
***Counsel for Maximiliano Bustos***

## CERTIFICATE OF SERVICE

    I, Anthony P. DeMichele, Esquire, do hereby certify that I caused a copy of the foregoing Joint Stipulation of Dismissal With Prejudice to be served, on the date indicated below, via electronic or First Class Mail, upon:

Kate A. Kleba, Esquire
Post & Schell, P.C.
Four Penn Center
1600 John F. Kennedy Blvd.
Philadelphia, PA 19103
*Counsel for George Cressman*

Brendan D. Hennessy, Esq.
Hennessy Law Firm
101 Lindenwood Drive, Suite 225
Malvern, PA 19355
*Counsel for Maximiliano Bustos*

Michael LiPuma, Esq.
Law Office of Michael LiPuma
325 Chestnut Street, #1109
Philadelphia, PA 19106
*Counsel for Kimley-Horn and Associates, Inc.*

    /s/ Anthony DeMichele
Anthony DeMichele
O'BRIEN & RYAN, LLP
2250 Hickory Rd, Suite 300
Plymouth Meeting, PA 19462
Telephone: Facsimile: Email:
(610) 834-6235
(610) 834-1749 ademichele@obrlaw.com

J. Kellam Warren (Pro Hac Vice)
MAINSAIL LAWYERS
14 South Pack Square, Ste. 502 Asheville, NC 28801
Telephone: Facsimile: Email:
(919) 238-4088
(888) 501-9309 kellam@mainsaillawyers.com

*Counsel for Plaintiffs*

**Dated: April 1, 2019**